MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY HILLS, LLC, a Nevada limited liability company,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>SHAWN PEUKERT, an individual; and CBM CONSULTING & DEVELOPMENT, INC, a California Corporation; CBM DEVELOPMENT, LLC, a California Corporation, CORMAN LEIGH COMPANIES, a California Corporation DOE INDIVIDUAL; ROE BUSINESS ENTITY,<br>　　　　　　　　　Defendant. | Case No.: 2:22-cv-00364-ART-NJK<br><br>ORDER APPROVING<br><br><br>**Stipulation for extension of time to oppose or reply to the Joinder to Corman Leigh Companies' Motion to Dismiss and Request for Judicial Notice (ECF No. 12)**<br><br>**First Request** |

　　　　COMES NOW, Plaintiff STANLEY HILLS, LLC and Defendants, SHAWN PEUKERT, CBM CONSULTING & DEVELOPMENT, INC. AND CBM DEVELOPMENT, LLC, by and through their respective undersigned counsel of record and hereby represent that this is the first stipulation for extension of time to file an opposition or reply to the Joinder to Corman Leigh Companies' Motion to Dismiss and Request for Judicial Notice (ECF No. 12) (the "JOINDER"), which was filed with this Court on May 6, 2022; therefore and in accordance with LR-IA 6-1 and 6-2:

　　　　IT IS HEREBY STIPULATED, that the deadline to file and serve any points and authorities in response to the JOINDER should be extended to Wednesday, May 25, 2022;

MAC:15687-007 4728047_1

IT IS FURTHER STIPULATED that the deadline to file and serve any points and authorities in response to the reply to the JOINDER should be extended to Monday, June 6, 2022.

Dated this 20th day of May, 2022.                         Dated this 20th day of May, 2022.

MARQUIS AURBACH                                           ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By /s/ Jennifer L. Micheli                                By /s/ Mark Albright
  Brian R. Hardy, Esq.                                      G. Mark Albright, Esq.
  Nevada Bar No. 10068                                      Nevada Bar No. 001394
  Jennifer L. Micheli, Esq.                                 Daniel Ormsby. Esq.
  Nevada Bar No. 11210                                      Nevada Bar No. 14595
  10001 Park Run Drive                                      801 South Rancho Drive, Suite D-4
  Las Vegas, Nevada 89145                                   Las Vegas, Nevada 89106

*Attorneys for Plaintiff*                                 *Attorneys for Defendants Shawn Peukert, CBM Consulting & Development, Inc. and CBM Development, LLC*

### ORDER

Based on the parties agreement, and good cause appearing, the parties' *Stipulation for extension of time to oppose or reply to the Joinder to Corman Leigh Companies' Motion to Dismiss and Request for Judicial Notice (ECF No. 12)* (ECF No. 15) is granted *nunc pro tunc*. The deadline to file and serve any points and authorities in response to the JOINDER is extended to Wednesday, May 25, 2022 and the deadline to file and serve any points and authorities in response to the reply to the JOINDER is extended to Monday, June 6, 2022.

DATED: June 9, 2022

_____
Anne R. Traum
United States District Judge

MAC:15687-007 4728047_1