1
2
3
4   **UNITED STATES DISTRICT COURT**
5   **DISTRICT OF NEVADA**
6   STANLEY HILLS, LLC,
    Case No.: 2:22-cv-00364-ART-NJK
7        Plaintiff,
                                            **Order**
8   v.
9   SHAWN PEUKERT, et al.,
10       Defendants.

11       To date, the parties have not filed a joint proposed discovery plan as required by Local

12   Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than June 21, 2022, a joint

13   proposed discovery plan.

14       IT IS SO ORDERED.

15       Dated: June 14, 2022

16
                                            _____
17                                          Nancy J. Koppe
                                            United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

1