UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY HILLS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHAWN PEUKERT, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00364-ART-NJK<br><br>**Order**<br><br>[Docket No. 22] |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 22. The parties note that they have not yet held their 26(f) conference, in which the parties are required to discuss any anticipated discovery related issues and to develop the discovery plan. *Id.* at 2. *See also* Fed. R. Civ. P. 26(f)(2); LR 26-1(a).

Moreover, the Parties request a 276-day discovery period, supported by broad assertions that a longer discovery period is needed because the case is "relatively complex" and involves five parties. Docket No. 22 at 2, 5. Without further elaboration, the Court is not persuaded that the requested period, which is nearly 100 days longer than the presumptively reasonable discovery period, is warranted in this case. *See* LR 26-1(b)(1).

Accordingly, the parties' discovery plan, Docket No. 22, is **DENIED** without prejudice. The parties must hold their 26(f) conference no later than June 28, 2022. The parties must file an amended joint discovery plan no later than July 1, 2022.

IT IS SO ORDERED.

Dated: June 23, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge