# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANLEY HILLS, LLC,

    Plaintiff,

v.

SHAWN PEUKERT, et al.,

    Defendants.

Case No. 2:22-cv-00364-ART-NJK

**Order**

[Docket No. 24]

Pending before the Court is the parties' amended joint proposed discovery plan. Docket No. 24. The parties ask the Court to set a 276-day discovery period because, they submit, the case is "relatively complex" and involves five parties. Docket No. 24 at 2, 6. The Court denied the parties' prior discovery plan which requested special scheduling for the exact same reasons and found that these reasons were too broad to support a 276-day discovery period. *See* Docket No. 23. The parties have therefore failed to demonstrate that the presumptively reasonable discovery period is not appropriate in this case.

Accordingly, the parties' amended joint discovery plan, Docket No. 24, is **DENIED**. Discovery deadlines are **SET** as follows:

- Add/Amend Pleadings: July 28, 2022
- Initial Experts: August 28, 2022
- Rebuttal Experts: September 26, 2022
- Discovery Cut-off: October 26, 2022
- Dispositive Motions: November 25, 2022
- Joint Pretrial Order: December 27, 2022, 30 days after resolution of dispositive motions, or further Court order.

IT IS SO ORDERED.

Dated: July 1, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE