UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY HILLS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN PEUKERT, an individual; and CBM CONSULTING & DEVELOPMENT, INC., a California Corporation; CBM DEVELOPMENT, LLC, a California Corporation; CORMAN LEIGH COMPANIES, a California Corporation; DOE INDIVIDUAL; ROE BUSINESS ENTITY,<br><br>Defendants. | CASE NO.:   2:22-cv-00364-ART-NJK<br><br>**ORDER APPROVING**<br><br><u>GLOBAL STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u> |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff STANLEY HILLS, LLC ("Plaintiff"), Defendants SHAWN PEUKERT, CBM CONSULTING & DEVELOPMENT, INC., and CBM DEVELOPMENT, LLC; and Defendant CORMAN LIEGH COMPANIES ("Defendants"), through their respective undersigned counsel of record that Plaintiff's Complaint and any amendments in the above-entitled action against

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4887-9724-8324.1

1  Defendants are hereby dismissed with prejudice pursuant to FRCP 41, with each party to
2  bear his, its or their own attorneys' fees and costs.
3  IT IS SO AGREED AND STIPULATED.

Dated: December 15, 2022.                    Dated: December 15, 2022.

LEWIS BRISBOIS BISGAARD                      MARQUIS AURBACH
& SMITH LLP


By:   /s/ Josh Cole Aicklen                  By:  /s/ Jennifer L. Micheli
JOSH COLE AICKLEN, ESQ.                      BRIAN R. HARDY, ESQ.
Nevada Bar No. 007254                        Nevada Bar No. 10068
DAVID B. AVAKIAN, ESQ.                       JENNIFER L. MICHELI, ESQ.
Nevada Bar No. 009502                        Nevada Bar No. 11210
6385 S. Rainbow Boulevard,                   10001 Park Run Drive
Suite 600                                    Las Vegas, NV  89145
Las Vegas, Nevada 89118                      *Attorneys for Plaintiff Stanley Hills, LLC*

*Attorneys for Defendants Shawn Peukert, CBM Consulting & Development, Inc., and CBM Development, LLC*


Dated: December 15, 2022.

LEWIS ROCA ROTHGERBER
CHRISTIE LLP


By:/s/ Ogonna M. Brown
OGONNA M. BROWN, ESQ.
3993 Howard Hughes Parkway,
Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant Corman Leigh Companies*

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action against Defendants is dismissed in its entirety with prejudice, and with each party to bear their own attorneys' fees and costs.

DATED: December 15, 2022

_____
Anne R. Traum
United States District Court Judge